**U N R E D A C T E D**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. 13-20203-JPM |
| ) | |
| KRYSTAL PERRY, ) | |
| ) | |
| Defendant. ) | |

---

**EXCERPT OF CHANGE OF PLEA**

**BEFORE THE HONORABLE JUDGE JON PHIPPS MCCALLA**

**MARCH 17, 2014**

BRENDA PARKER
OFFICIAL REPORTER
SUITE 923 FEDERAL BUILDING
167 NORTH MAIN STREET
MEMPHIS, TENNESSEE 38103

1                            * * *

2    **BY THE COURT:**

3    **Q.**      Okay. Well, then tell me what you did, what did you do

4    and how did y'all get involved in this, what happened?

5    **A.**      When I was about 15 or 16 -- when I was about 15 or 16,

6    I got turned out to the streets, and I was introduced to

7    prostitution and drugs. I had done that up til the time that

8    I met Derrick Eddins. I met him on a dating website. We

9    dated for months, and as the months went by, I believe every

10    weekend he started to wonder where I went. So he finally

11    asked me, and I told him I was prostituting, and he didn't

12    like it at first, but as the money started coming in, he got

13    comfortable and he got to the point where he was so

14    comfortable that he would take me to houses or hotels to meet

15    the johns that I was doing my dates with. And as the time

16    passed, I met Nicole -- well, that's what she told me her name

17    was. She was at a friend of his named Flocka's house, it just

18    a few people out, so we just had small talk, and we talked and

19    she told me that she was over there with him and that she was

20    going to get some money for him and he was going to pimp her

21    out. By me knowing him because his baby momma is my best

22    friend, I knew what kind of guy he was, so I told her that

23    ain't the way that she want to go. We exchanged numbers, and

24    probably a few days to a week had went past, and she contacted

25    me and she asked me to come get her, so I went and got her.

1   She was at the hotel, I think it is called the Budget Host at
2   Democrat and Airways.  When I went to get her, there was a guy
3   tailing behind her, and when I saw him I kind of got nervous
4   because I didn't know if she was a pimp or what, but she let
5   me know that he was cool, that he was the dope man, and he
6   sold pills and cocaine.  So she got in the car, and we went
7   back to the house for a second.  I grabbed some things, and I
8   already had a room on Lamar.  We went to the room, we posted
9   ads, we did a few dates.  And when she got money in her hands,
10  the first thing she wanted was cocaine, and I had a terrible
11  cocaine addiction months before and I didn't want to go back
12  down that road again, so I told her, you know, you can keep
13  the room, the ad is still going to be posted, just keep
14  answering your calls, but I can't deal with that because I
15  don't want to go down that road again.  Months passed, and I
16  went out of town, and I came back into town, and that's when I
17  got a call from her, and she told me, you know, that she
18  wanted me to come get her.  So me and Derrick, we talked and
19  we went and got her from the house that she was at.  We left
20  there, and we went back to the house on Jordan Place, and we
21  posted some ads, and we did a few dates, and a couple of days
22  had passed and I got arrested.  Once I got arrested, I was
23  shown my indictment papers, and that's when I knew the age.
24  Derrick told me about school, that she wanted him to take her
25  to school, but I was thinking it was some type of trade school

1   or community college, not knowing it was a high school, and
2   everything just came down after that.
3   **Q.**      All right.  I'm sorry, you were posting on Backpage?
4   **A.**      Huh?
5   **Q.**      You were posting on Backpage?
6   **A.**      Yeah, I was already on there.
7   **Q.**      Okay.  And then who did the posting?  I mean did you do
8   it, did Derrick do it, how did y'all do that?
9   **A.**      Different.  Sometimes I did it, and sometimes he did.
10  **Q.**      And what were you charging, how much was she being --
11  what were they charging for her?
12  **A.**      Whatever she wanted to -- I told her my prices, and
13  whenever she answered the calls, she told them what she
14  wanted.
15  **Q.**      And then how did they split the money?
16  **A.**      She would either give some to me or she would give some
17  to him, but if she gave it to me, I would give it to him.
18  **Q.**      Okay.  And what was the most frequently used hotel or
19  motel or what?
20  **A.**      I wasn't around her that long.  The only time we went
21  to a hotel, it was the Deluxe Inn on Lamar, and I was around
22  her like a day or two, that's when I found out the habit she
23  had, and I left her there.
24  **Q.**      All right.  Now, we're going to ask Mr. Laurenzi to
25  tell us what he says the government's proof would have been.

1   I want you to listen carefully, and at the end, I'm going to
2   ask you do you have any objections or corrections to the
3   statement of facts by the United States.  If he says something
4   that's wrong, you need to tell me about that; is that okay?
5   **A.**     Okay.
6   **Q.**     Listen carefully.  Yes, sir.
7           **MR. LAURENZI:**  Your Honor, I think the facts
8   are substantially the same as what has been related by
9   Ms. Perry.  We do have the juvenile.  The juvenile was, in
10  fact, a run-away, and the juvenile did, in fact, go to
11  Mr. Eddins' house.  We would show that at Mr. Eddins'
12  house, both Mr. Eddins and Ms. Perry took provocative
13  photos of the juvenile, and that those photos were placed
14  on Backpage.com using Ms. Perry's existing account.  We
15  would show that both Mr. Eddins and Ms. Perry took the
16  juvenile to the Deluxe Inn on Lamar, as Ms. Perry has
17  stated.  There, the juvenile did, in fact, engage in
18  prostitution.  Mr. Eddins told the juvenile that he would
19  like to see her make $300 a day.  Her charges were
20  approximately, according to the juvenile, $65 for a half
21  hour, $95 for an hour and $135 for an hour and a half.
22          We would further show that according to the
23  juvenile that the money went to Mr. Eddins.  We would
24  further show that Mr. Eddins was well aware of the fact
25  that he was working or prostituting a juvenile.  When we

1   went into his phone, we found a text message which clearly
2   indicated that, one, this juvenile had prostituted before
3   and, two, that she was, in fact, a juvenile.  Mr. Eddins
4   indicated that that was okay, and they would continue
5   doing business.  We would show that the juvenile actually
6   ran away from home again, and this was in June of 2013.
7   When she ran away from home again, she went back to
8   Mr. Eddins and Ms. Perry.  We would show again that an
9   advertisement was posted of her on Backpage.  This
10  advertisement was posted on the 16th as well as the 18th
11  of June.  We would show that the advertisement had
12  provocative photos of Ms. Perry as well of the juvenile on
13  the same page.
14          We would further show, Your Honor, that the ad
15  was posted again using Ms. Perry's number as the contact
16  number for the responses.  Your Honor, that's what we
17  would have shown had this matter gone to trial.
18          There was something that Mr. Paylor and I did
19  discuss, and it shows up in the plea agreement, the
20  government is not aware of any -- that Ms. Perry used any
21  type of force or violence in trying to have the juvenile
22  prostitute.
23  **BY THE COURT:**
24  **Q.**    Ms. Perry, did you hear the statement of facts by the
25  United States.

```
 1   A.      Yes.
 2   Q.      Do you have any objections or corrections to it?
 3   A.      No.
 4   Q.      Did Mr. Laurenzi get it right?
 5   A.      From the papers that I have read, yes.
 6   Q.      And you heard him, and did he say it right when he was
 7   talking here in court?
 8   A.      Yes.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:13-cr-20203-JPM   Document 91   Filed 05/14/14   Page 8 of 8    PageID 149

8

**C E R T I F I C A T E**

I, Brenda Parker, do hereby certify that the foregoing 7 pages, are unredacted, and to the best of my knowledge, skill and ability, a true and accurate transcript from my stenotype notes of the excerpt of change of plea on March 17, 2014, in the matter of:

United States of America

vs.

Krystal Perry

Dated this 9th day of May 2014.

S/Brenda Parker

_____
BRENDA PARKER
Official Court Reporter
United States District Court
Western District of Tennessee