IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cr. No.: 2:13-20203-002 |
| vs. ) | |
| ) | |
| KRYSTAL PERRY, ) | |
| a/k/a "Yasha" ) | |
| ) | |
| Defendant ) | |

**POSITION OF THE UNITED STATES
WITH RESPECT TO SENTENCING FACTORS**

Comes now the United States by and through counsel, Edward L. Stanton III, United States Attorney for the Western District of Tennessee and Lawrence J. Laurenzi, Assistant United States Attorney, and notifies the Court of the position of the United States in accordance with § 6A1.2 of the Sentencing Guidelines and Policy Statements.

1. The attorney for the United States has received and reviewed the Presentence Report filed in this case.

2. The United States has no objections to the Presentence Report.

        Respectfully submitted,

        EDWARD L. STANTON, III
        United States Attorney

By:    /s/ LAWRENCE J. LAURENZI__
        Assistant United States Attorney
        167 N. Main Street, Ste. 800
        Memphis, TN 38103
        (09529 – Tennessee)

## **CERTIFICATE OF SERVICE**

I, Lawrence J. Laurenzi, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing **Position of the United States With Respect to Sentencing Factors** was forwarded by electronic means, via the Court's Electronic Filing System to Defense Counsel, Tyrone Jemal Paylor.   A copy of this document has been hand delivered to the U.S. Probation Office.

This 25th day of June, 2014

/s/Lawrence J. Laurenzi
Assistant United States Attorney