✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

DERRICK EDDINGS

**EXHIBIT AND WITNESS LIST**

Case Number: 2:13-cr-20203-JPM

| PRESIDING JUDGE  Jon Phipps McCalla | PLAINTIFF'S ATTORNEY  Larry Laurenzi | DEFENDANT'S ATTORNEY  Howard Manis |
|---|---|---|
| PROCEEDING/DATE(S):  Sentencing: 3/19/15 | COURT REPORTER  Dianna Coleman | COURTROOM DEPUTY  Milton Knox |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| 1 |   | 3/19/15 |   | √ | √ | **General Sessions Criminal Court paperwork.** |
|   | 2 | 3/19/15 |   | √ | √ | Affidavit of John Hutson, PH.D regarding Derrick Marcelous Eddings |
| 3 |   | 3/19/15 |   | √ | √ | Photo of Derrick Eddings and Krystal Perry holding pistols. |
| 4 |   | 3/19/15 |   | √ | √ | Photo of Derrick Eddings hold money. |
| 5 |   | 3/19/15 |   | √ | √ | (Collective Exhibit 9 pages) Backpage ad posted 6/17/2013. |
| 6 |   | 3/19/15 |   | √ | √ | (Collective Exhibit, 4 pages) Backpage ad posted 4/28/13. |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   | *s/Milton L. Knox*, 3/18/15 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.